**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    Terry Hilton, Debtor                                    Case No. 23-50604-KMS
                                                                                 **CHAPTER 13**

## NOTICE

The above referenced debtors have filed papers with the court to allow payment arrearage.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to amortize the payments, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Dan M. Russell, Jr. United States Courthouse
2012 15th St., Ste. 244
Gulfport, MS 39501

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Allow Payment Arrearage.

Date: April 16, 2026          Signature:   /s/ Thomas C. Rollins, Jr.
                                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                                           The Rollins Law Firm, PLLC
                                                           P.O Box 13767
                                                           Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Terry Hilton, Debtor**                    **Case No. 23-50604-KMS**
                                                                              **CHAPTER 13**

## MOTION TO ALLOW PAYMENT ARREARAGE

COME NOW, Debtors, by and through counsel, and moves this Court to amortize their past due Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Debtors fell behind on the plan payments.

3. Debtors are requesting this Honorable Court to amortize the past due plan payments over the life of the plan, including any ongoing mortgage payments being paid through the plan.

4. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments with ongoing payments to resume in May 2026.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Allow Payment Arrearage was forwarded on April 16, 2026, to:

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TERRY HILTON

CASE NO: 23-50604-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 4/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

TERRY HILTON

CASE NO: 23-50604-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 13

On 4/17/2026, a copy of the following documents, described below,

Notice and Motion to Allow Payment Arrearage

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/17/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 23-50604-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
FRI APR 17 11-33-38 PST 2026

US BANK NATIONAL ASSOCIATION  NOT IN ITS I
ROBERTSON  ANSCHUTZ  SCHNEID  CRANE  PA
10700 ABBOTTS BRIDGE RD  SUITE 170
DULUTH  GA 30097-8461

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

ASHLEY FUNDING SERVICES  LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE  SC 29603-0587

CAPIO PARTNERS  LLC
ATTN BANKRUPTCY
PO BOX 3498
SHERMAN  TX 75091-3498

FIRST PREMIER BANK
ATTN BANKRUPTCY
PO BOX 5524
SIOUX FALLS  SD 57117-5524

LOUISIANA RECOVERY SER
ATTN BANKRUPTCY
1304 BERTRAND DR
SUITE F-4
LAFAYETTE  LA 70506-9106

MEDICAL SVCS OF MERIDI
PO BOX 679807
DALLAS  TX 75267-9807

PINNACLE SERVICE SOLUTIONS LLC
4408 MILESTRIP RD 247
BLASDELL  NY 14219-2553

QUANTUM3 GROUP LLC AS AGENT FOR
CF MEDICAL LLC
PO BOX 788
KIRKLAND  WA  98083-0788

ROBINSON AUTO SALES INC
602 CROSS ST
LAUREL  MS 39440-3518

RUBIN LUBLIN
428 N LAMAR BLVD
STE 107
OXFORD  MS 38655-3221

EXCLUDE

SHELLPOINT MORTGAGE
ATTN BANKRUPTCY
PO BOX 10826
GREENVILLE  SC 29603-0826

US BANK NATIONAL ASSOCIATION
CO NEWREZ LLC DBA
SHELLPOINT MORTGAGE SERVICING
PO BOX 10826
GREENVILLE  SC 29603-0826

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

EXCLUDE

(P)DAVID RAWLINGS
ATTN DAVID RAWLINGS CHAPTER 13 TRUSTEE
PO BOX 566
HATTIESBURG MS 39403-0566

DEBTOR

TERRY HILTON
31 CR 5032751
ROSE HILL  MS 39356-5252

EXCLUDE

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767