United States Bankruptcy Court

Southern District of Mississippi

In re:

Terry Hilton

     Debtor

Case No. 23-50604-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 10, 2026 | Form ID: ntcdsm | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terry Hilton, 31 CR 5032751, Rose Hill, MS 39356-5252 |
| 5223630 | | Medical Svcs of Meridi, P.O. Box 679807, Dallas, TX 75267-9807 |
| 5223631 | + | Robinson Auto Sales Inc., 602 Cross St., Laurel, MS 39440-3518 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Aug 10 2026 19:49:00 | U.S. Bank National Association, not in its individ, Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 5247656 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 19:53:42 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5223627 | + | EDI: CAPIO.COM | Aug 10 2026 23:45:00 | Capio Partners, LLC, Attn: Bankruptcy, Po Box 3498, Sherman, TX 75091-3498 |
| 5223628 | + | EDI: AMINFOFP.COM | Aug 10 2026 23:45:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 5223629 | + | Email/Text: reports@lrshelp.com | Aug 10 2026 19:49:00 | Louisiana Recovery Ser, Attn: Bankruptcy, 1304 Bertrand Dr, Suite F-4, Lafayette, LA 70506-9106 |
| 5250149 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 10 2026 19:53:42 | Pinnacle Service Solutions LLC, 4408 Milestrip Rd #247, Blasdell, NY 14219-2553 |
| 5239272 | | EDI: Q3G.COM | Aug 10 2026 23:45:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5223632 | + | Email/Text: BKNC@rlselaw.com | Aug 10 2026 19:49:00 | Rubin Lublin, 428 N Lamar Blvd, Ste 107, Oxford, MS 38655-3221 |
| 5223633 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 10 2026 19:49:00 | Shellpoint Mortgage, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 5247312 | + | Email/Text: mtgbk@shellpointmtg.com | Aug 10 2026 19:49:00 | U.S. Bank National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

District/off: 0538-6       User: mssbad       Page 2 of 2

Date Rcvd: Aug 10, 2026       Form ID: ntcdsm       Total Noticed: 13

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| David Rawlings | on behalf of Trustee David Rawlings ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Gregory J Walsh | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as Trustee of NRZ Inventory Trust greg@sundmakerfirm.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Terry Hilton trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

Case No.:  23−50604−KMS
Chapter:  13

In re:
    Terry Hilton
    31 CR 5032751
    Rose Hill, MS 39356

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
    xxx−xx−0645

Employer Tax Identification No(s). (if any):

## **Notice of Dismissal**

You are hereby notified that an Order Dismissing the above case was entered on August 10, 2026.

Dated: 8/10/26

Danny L. Miller, Clerk of Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790