# INVOICE

Invoice # 9430
Date: 08/31/2026
Due On: 09/30/2026

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Terry Hilton

## 04825-Hilton Terry

### Services

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | TR | 10/05/2023 | Draft Fee Application | 0.30 | $350.00 | $105.00 |
| Service | TR | 10/05/2023 | Reviewed Declaration of Mailing from COS and filed with 21 Day Notice and filed Application for Compensation with Invoice and Proposed Order attached | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/10/2023 | Reviewed two letters from Shellpoint; drafted e-mail to debtor attaching same. | 0.10 | $150.00 | $15.00 |
| Service | TR | 11/04/2023 | Review: 23-50604-KMS Order on Application for Compensation Document #37 | 0.10 | $350.00 | $35.00 |
| Service | BB | 03/19/2025 | Review and respond to email memo: Reviewed email memo from GM providing documents from debtors mortgage company. Reviewed and organized. Drafted email to JC. | 0.10 | $100.00 | $10.00 |
| Service | JC | 09/26/2025 | Reviewed Mortgage Assistance Packet received via US Mail. | 0.10 | $0.00 | $0.00 |
| Service | JC | 02/26/2026 | Reviewed Loan Assistance document from Shellpoint; organized in case file. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/09/2026 | Review: 23-50604-KMS Trustee's Motion and Notice to Dismiss Debtor(s) for Non-Payment Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/09/2026 | Contact Debtor (Text/Email): | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed trustee's Motion to Dismiss to obtain delinquent amount; reviewed trustee's site for amount of monthly payments and payment history; called debtor, left voicemail, drafted text message requesting a call regarding same. | | | |
| Service | JC | 04/13/2026 | Incoming Call: Telephone call from debtor regarding MTD; he said he got sick and then was laid off from his job; he said he is working now; discussed Motion to cure and payments increasing; he said that's what he wants to do; drafted text message to debtor requesting new employer information. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/15/2026 | Draft Notice, Motion & Order: Reviewed Confirmed Plan to determine if mortgage is paid through the plan; drafted Notice, Motion to Allow Payment Arrearage, and proposed Order; drafted e-mail to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 04/17/2026 | review & approve drafted motion | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/17/2026 | Reviewed memo from JAC regarding Notice, Motion to Allow Payment Arrearage, and proposed Order; prepared Notice with Motion for upload to CertificateofService.com. | 0.10 | $0.00 | $0.00 |
| Service | JC | 04/20/2026 | Reviewed Declaration of Mailing from CertificateofService.com; prepared Motion to Allow Payment Arrearage and proposed Order for filing with the Court; prepared Notice with Declaration for filing with the Court. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/20/2026 | Drafted Response to trustee's Motion to Dismiss; prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/27/2026 | Contact Debtor (Text/Email): Reviewed AO received via e-mail from TR; drafted text message to debtor providing the terms of the AO; requested confirmation of receipt of text. | 0.20 | $155.00 | $31.00 |
| Service | JC | 04/27/2026 | Reviewed text message from debtor informing he understands the terms of the AO. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 04/28/2026 | Review: 23-50604-KMS Order on | 0.10 | $360.00 | $36.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Trustee's Motion to Dismiss Debtor(s) for Non-Payment Document# 43 | | | |
| Service | JAC | 04/29/2026 | Review: 23-50604-KMS Amended Order Upon Employer Directing Deductions from Pay Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | JC | 04/29/2026 | Contact Debtor (Text/Email): Reviewed Amended Wage Order; reviewed case notes; payment increased due to curing after MTD; drafted e-mail to debtor attaching wage order and informing he needs to watch his pay stubs to ensure the employer is withholding the correct amount and if not, to follow up with the employer. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 05/27/2026 | Review: 23-50604-KMS Order on Motion to Allow Payment Arrearages Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 07/28/2026 | Review: 23-50604-KMS Notice of Default or Notice of Noncompliance Document# 49 | 0.10 | $360.00 | $36.00 |
| Service | JC | 07/28/2026 | Reviewed Notice of Default; reviewed NDC; called debtor; he said he has been sick and not working a whole lot; discussed that he has not made any payments since November; discussed that there is nothing we can do as he did not pay any after suspension; he said he is going to send whatever he can in hopes it will hold his case. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/11/2026 | Review: 23-50604-KMS Order Dismissing Debtor(s) Document# 50 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 08/13/2026 | Review: 23-50604-KMS Release of Wages Document# 53 | 0.10 | $360.00 | $36.00 |
| | | | | **Services Subtotal** | | **$705.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/05/2023 | Mailing Expense (certificateofservice.com) | 1.00 | $19.65 | $19.65 |
| Expense | 04/17/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $13.12 | $13.12 |
| | | | **Expenses Subtotal** | | **$32.77** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.8 | $360.00 | $288.00 |
| Thomas Rollins | Attorney | 0.5 | $350.00 | $175.00 |
| Brooke Brueland | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Jacki Curry | Non-Attorney | 1.4 | $155.00 | $217.00 |
| Jacki Curry | Non-Attorney | 0.1 | $150.00 | $15.00 |
| Jacki Curry | Non-Attorney | 0.3 | $0.00 | $0.00 |
| | | | **Subtotal** | **$737.77** |
| | | | **Total** | **$737.77** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4812 | 06/28/2023 | $1,533.88 | $0.00 | $1,533.88 |
| 5400 | 11/04/2023 | $1,236.74 | $0.00 | $1,236.74 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9430 | 09/30/2026 | $737.77 | $0.00 | $737.77 |
| | | | **Outstanding Balance** | **$3,508.39** |
| | | | **Total Amount Outstanding** | **$3,508.39** |