**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Terry Hilton** **Case No. 23-50604-KMS**
**, Debtor** **CHAPTER 13**

## FINAL ACCOUNTING OF ATTORNEY'S FEES EXHIBIT B

| Attorney's Fees | Expenses | Total Fees/Expenses | Docket # | Date of Order |
|---|---|---|---|---|
| $1,525.00 | $8.88 | $1,533.88 | 19 | 07/05/2023 |
| $1,220.00 | $16.74 | $1,236.74 | 38 | 11/02/2023 |
| $705.00 | $32.77 | $737.77 | n/a | n/a |
| | | | | |
| | | | | |
| $3,450.00 | $58.39 | $3,508.39 | | |

ROLLINS
LAW FIRM

# INVOICE

Invoice # 4812
Date: 05/29/2023
Due On: 06/28/2023

# The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Terry Hilton
31 County Rd 5032751
Rose Hill, MS 39356

## 04825-Hilton Terry

## Ch 13 - Terry

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | YM | 04/12/2023 | Review and organize documents provided by debtor: In office appt to drop off documents. Foreclosure client. Had to help debtor fill out general information packet. Organized all documents in case file. | 1.00 | $100.00 | $100.00 |
| Service | JAC | 04/13/2023 | Reviewed credit report and selected debts to import/exclude | 0.20 | $350.00 | $70.00 |
| Service | JAC | 04/13/2023 | Review initial documents submitted by debtor for filing. Ran debtor's social security number through PACER to review prior cases to determine if stay was still in place for house and if there were any filing bars or need for extending stay | 0.50 | $350.00 | $175.00 |
| Service | YM | 04/13/2023 | Contact Debtor: Emailed debtor a copy of his credit report | 0.10 | $100.00 | $10.00 |
| Service | YM | 04/13/2023 | Contact Debtor: Phone conversation with debtor. Asked him to provide several addresses and information about his payroll deductions. Updated information in his case file and drafted memo to JAC for review | 0.30 | $100.00 | $30.00 |
| Service | JAC | 04/14/2023 | Review missing land page, job info. Missing value of land | 0.10 | $350.00 | $35.00 |
| Service | YM | 04/14/2023 | Review email and update tasks: Updated GIP with land value | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/14/2023 | Contact Debtor: Contacted debtor with | 0.20 | $100.00 | $20.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | instructions on how to complete his credit counseling | | | |
| Service | JAC | 04/14/2023 | Reviewed debtor's creditor matrix | 0.10 | $350.00 | $35.00 |
| Service | JAC | 04/14/2023 | Input Case - Prepare petition, schedules, sofa. Calculate income for MT/schedule I based on information from ∆ (new job, no pay rec'd yet). Calculate plan payment | 0.50 | $350.00 | $175.00 |
| Service | YM | 04/14/2023 | Contact Debtor: Drafted email with matrix attached for debtor to review | 0.20 | $100.00 | $20.00 |
| Service | YM | 04/17/2023 | Contact Debtor: Drafted text with credit counseling information again | 0.10 | $100.00 | $10.00 |
| Service | JAC | 04/18/2023 | Review to see if credit counseling completed. Assigned task to BM to get debtor scheduled for signing appointment before sale date | 0.10 | $350.00 | $35.00 |
| Service | KR | 04/21/2023 | Contact Debtor: Telephone conference with debtor about his appointment for his signing on his Chapter 13 | 0.10 | $150.00 | $15.00 |
| Service | JAC | 04/24/2023 | Prepare Signing Documents | 0.20 | $350.00 | $70.00 |
| Service | TR | 04/24/2023 | Video Conference w/ Client to review and sign initial papers | 0.40 | $350.00 | $140.00 |
| Service | JC | 04/24/2023 | Reviewed foreclosure notice from mortgage company and from their attorney; called attorney's office at two numbers; left voicemail regarding stopping foreclosure; drafted e-mail through website to stop foreclosure | 0.40 | $150.00 | $60.00 |
| Service | JC | 04/25/2023 | Called creditor's attorney regarding stopping foreclosure | 0.10 | $150.00 | $15.00 |
| Service | JC | 04/25/2023 | Prepared notice of filing plan, reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice; uploaded to COS | 0.30 | $150.00 | $45.00 |
| Service | YM | 04/25/2023 | Contact Debtor: Drafted email with 341 notice and a list of possible questions from Trustee | 0.20 | $100.00 | $20.00 |
| Service | JC | 04/26/2023 | Drafted e-mail to creditor's attorney to stop foreclosure | 0.10 | $150.00 | $15.00 |
| Expense | YM | 04/26/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $8.88 | $8.88 |
| Service | TR | 04/26/2023 | Review: 23-50604-KMS Meeting of Creditors Chapter 13 Document# 9 | 0.20 | $350.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JC | 04/26/2023 | Reviewed Declaration of Mailing from COS and filed with Notice of Plan | 0.10 | $150.00 | $15.00 |
| Service | TR | 04/26/2023 | Review: 23-50604-KMS Order Upon Employer Directing Deductions from Pay Document #11 | 0.10 | $350.00 | $35.00 |
| Service | JC | 04/26/2023 | Drafted e-mail to debtor attaching Petition and Schedules | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/01/2023 | Reviewed Schedule B for all bank accounts; reviewed and organized documents required by trustee for meeting of creditors including tax returns and copy of driver's license and Social Security card; drafted e-mail to debtor requesting pay slips | 0.20 | $150.00 | $30.00 |
| Service | JC | 05/02/2023 | Received text message from debtor submitted pay slip; drafted reply inquiring if he had more | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/08/2023 | Reviewed additional pay slips submitted via text message from debtor; called debtor and drafted text message to confirm he has no bank account of any kind | 0.10 | $150.00 | $15.00 |
| Service | TR | 05/09/2023 | Review: Proof of Claim 23-50604-KMS Robinson Auto Sales Inc. Document # 1 | 0.10 | $350.00 | $35.00 |
| Service | JC | 05/15/2023 | Called debtor, could not leave message, drafted text message and e-mail requesting debtor confirm he has no bank statements | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/18/2023 | Drafted e-mail to trustee's office attaching documents required by trustee for meeting of creditors including tax returns, pay advice, and copy of driver's license and Social Security card | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/18/2023 | Prepare and file certificate of compliance re: payment advices sent to Trustee | 0.10 | $150.00 | $15.00 |
| Service | JC | 05/24/2023 | Prepared itemization for TR's review | 0.20 | $150.00 | $30.00 |
| Service | TR | 05/24/2023 | Review: 23-50604-KMS Objection to Confirmation of the Plan Document# 16 | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/24/2023 | Draft email to Greg Walsh to settle objection to confirmation | 0.10 | $350.00 | $35.00 |
| Service | TR | 05/24/2023 | Review and revise itemizations | 0.10 | $350.00 | $35.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 1.7 | $350.00 | $595.00 |

| | | | | |
|---|---|---|---|---|
| Thomas Rollins | Attorney | 1.1 | $350.00 | $385.00 |
| Jacki Curry | Non-Attorney | 2.0 | $150.00 | $300.00 |
| Yvette Miller | Non-Attorney | 2.3 | $100.00 | $230.00 |
| Kerri Rodabough | Non-Attorney | 0.1 | $150.00 | $15.00 |
| | | | **Total** | **$1,533.88** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4812 | 06/28/2023 | $1,533.88 | $0.00 | $1,533.88 |
| | | | **Outstanding Balance** | **$1,533.88** |
| | | | **Total Amount Outstanding** | **$1,533.88** |

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.

# INVOICE

Invoice # 5400
Date: 10/05/2023
Due On: 11/04/2023

## The Rollins Law Firm, PLLC

P.O. Box 13767
Jackson, MS 39236
United States

Terry Hilton
31 County Rd 5032751
Rose Hill, MS 39356

### 04825-Hilton Terry

### Ch 13 - Terry

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| Service | JC | 05/29/2023 | Reviewed memo from TR approving itemization; drafted invoice and fee application; drafted memo to TR to review | 0.20 | $150.00 | $30.00 |
| Service | TR | 05/30/2023 | Prepare for and attend 341 meeting | 0.40 | $350.00 | $140.00 |
| Service | TR | 05/30/2023 | Review and approve Application for Compensation drafted by JC | 0.10 | $350.00 | $35.00 |
| Service | JC | 06/01/2023 | Reviewed memo from TR approving Notice with Application and approving Order and Invoice; redrafted same to appropriate documents for filing; uploaded the Notice with Application for Compensation along with Invoice as Exhibit A to COS | 0.20 | $150.00 | $30.00 |
| Expense | BI | 06/01/2023 | Reimbursable expenses: Mailing Expense (certificateofservice.com) | 1.00 | $16.11 | $16.11 |
| Service | JC | 06/01/2023 | Reviewed Declaration of Mailing from COS and filed with 21 Day Notice and filed Application for Compensation with Invoice and Proposed Order attached | 0.20 | $150.00 | $30.00 |
| Service | TR | 06/05/2023 | Review: Proof of Claim 23-50604-KMS Quantum3 Group LLC as agent for Document # 2 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/27/2023 | Review: Proof of Claim 23-50604-KMS Ashley Funding Services, LLC Document # 4 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 06/27/2023 | Review: Proof of Claim 23-50604-KMS Ashley Funding Services, LLC Document # 5 | 0.10 | $350.00 | $35.00 |
| Service | TR | 06/27/2023 | Review: Proof of Claim 23-50604-KMS U.S. Bank National Association Document # 3 | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/05/2023 | Review: 23-50604-KMS Order on Application for Compensation Document #19 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/05/2023 | Review claims register and compare to plan to determine if additional claims need to filed | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/05/2023 | Review: Proof of Claim 23-50604-KMS Pinnacle Service Solutions LLC Document # 6 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/06/2023 | Review: 23-50604-KMS Objection to Confirmation of the Plan Document# 20 | 0.20 | $350.00 | $70.00 |
| Service | TR | 07/06/2023 | Review email from Greg Walsh re: obj to conf - responded and drafted memos to JAC and JC re: how to proceed | 0.20 | $350.00 | $70.00 |
| Service | JAC | 07/06/2023 | Amend Plan - update treatment for mortgage company escrow, update amounts owed to mortgage co, car creditor, unsecured claims. Recalculate plan payment. Prepare plan for debtor to review and sign. | 0.20 | $350.00 | $70.00 |
| Service | JC | 07/12/2023 | Drafted e-mail and text message to debtor informing he needs to pay his taxes and insurance, that the mortgage company will not be paying | 0.10 | $150.00 | $15.00 |
| Service | TR | 07/14/2023 | Review: 23-50604-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 22 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/14/2023 | Review and sign proposed Order on Objection to Confirmation | 0.10 | $350.00 | $35.00 |
| Service | JAC | 07/18/2023 | Draft Notice of modified plan, prepare plan for filing with court. File both | 0.20 | $350.00 | $70.00 |
| Expense | JAC | 07/18/2023 | Mail Letter: Notice of Modified Plan and modified plan mailed to Shellpoint | 1.00 | $0.63 | $0.63 |
| Service | TR | 07/18/2023 | Review: 23-50604-KMS Minute Entry (CHAP) Document# 24 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/22/2023 | Review: 23-50604-KMS Amended Order Upon Employer Directing Deductions from Pay Document #28 | 0.10 | $350.00 | $35.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | TR | 07/22/2023 | Review: 23-50604-KMS Order on Objection to Confirmation Document #27 | 0.10 | $350.00 | $35.00 |
| Service | TR | 07/27/2023 | Review: 23-50604-KMS Personal Financial Management Course (Certificate) Document# 31 | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/22/2023 | Review and sign confirmation order via email | 0.10 | $350.00 | $35.00 |
| Service | TR | 08/23/2023 | Review: 23-50604-KMS Order Confirming Chapter 13 Plan Document #32 | 0.10 | $350.00 | $35.00 |
| Service | JC | 10/04/2023 | Telephone conference with debtor regarding delinquency letter he received from the trustee; reviewed trustee's site and went over all payments with debtor; discussed that his employer has been garnishing his check weekly; told him he needed to contact them regarding getting the payments in to the trustee | 0.20 | $150.00 | $30.00 |
| Service | TR | 10/05/2023 | Review and revise itemizations | 0.20 | $350.00 | $70.00 |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 0.4 | $350.00 | $140.00 |
| Thomas Rollins | Attorney | 2.7 | $350.00 | $945.00 |
| Jacki Curry | Non-Attorney | 0.9 | $150.00 | $135.00 |
| | | | **Total** | **$1,236.74** |

## Detailed Statement of Account

### Other Invoices

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 4812 | 06/28/2023 | $1,533.88 | $0.00 | $1,533.88 |

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 5400 | 11/04/2023 | $1,236.74 | $0.00 | $1,236.74 |
| | | | **Outstanding Balance** | **$2,770.62** |

**Total Amount Outstanding** **$2,770.62**

Please make all amounts payable to: The Rollins Law Firm, PLLC

Please pay within 30 days.